# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PENINSULA PROPERTIES, INC.,
LEWIS H. KRUEGER,
RICHARD J. GIESLER and
AAK HOLDINGS, LLC.,

        Plaintiffs,

  v.                                    Case No. 04-C-692

CITY OF STURGEON BAY,
WATERFRONT REDEVELOPMENT
AUTHORITY OF THE CITY OF STURGEON BAY
AND GUARANTY TITLE SERVICES, INC.,

        Defendants.

## ORDER OF DISMISSAL AS TO PARTY

Upon the signed Stipulation of the parties to this action,

IT IS ORDERED that all claims and causes of action by and between Plaintiffs and Defendant Guaranty Title Services, Inc., be and hereby are ordered DISMISSED on the merits, with prejudice, and without costs.

IT IS FURTHER ORDERED that the provisions of this Order of Dismissal do not apply to any claims in this action by and between Plaintiffs and Defendants City of Sturgeon Bay and Waterfront Redevelopment Authority of the City of Sturgeon Bay, and all such claims remain pending in this action.

Dated this <u>29th</u> day of July, 2005.

                                                    <u>s/AARON E. GOODSTEIN</u>
                                                    United States Magistrate Judge