# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

PENINSULA PROPERTIES, INC.,
LEWIS H. KRUEGER, RICHARD J. GIESLER
and AAK HOLDINGS, LLC,
       Plaintiffs

         v.                        CASE NUMBER: **04-C-692**

CITY OF STURGEON BAY and
WATERFRONT DEVELOPMENT
AUTHORITY OF THE CITY OF STURGEON BAY,
       Defendants

☒   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict finding for the Plaintiffs and against the Defendants.

**IT IS ORDERED AND ADJUDGED**,

1. As to the claims involving withholding issuance of building permits, the Plaintiffs, Peninsula Properties, Inc., Lewis H. Krueger, Richard J. Giesler and AAK Holdings, LLC, shall recover from the Defendants, City of Sturgeon Bay and Waterfront Development Authority of the City of Sturgeon Bay, jointly and severally, the sum of four hundred eighty-one thousand and seven dollars ($481,007.00).

2. As to the claims involving the withholding issuance of partial mortgage releases, the Plaintiffs, Peninsula Properties, Inc., Lewis H. Krueger, Richard J. Giesler and AAK Holdings, LLC, shall recover from the Defendants, City of Sturgeon Bay and Waterfront Development Authority of the City of Sturgeon Bay, jointly and severally, the sum of forty-eight thousand and twenty-two dollars ($48,022.00).

3. The total amount recoverable by the Plaintiffs from the Defendants is five hundred twenty-nine thousand and twenty-nine dollars ($529,029.00), together with costs and disbursements.

APPROVED: s/Aaron E. Goodstein
                 United States Magistrate Judge

| | |
|---|---|
| January 24, 2006 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/Karen Fahrenkrug |
| | Deputy Clerk |